USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 6, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Commercial Metals Company,

                  Plaintiff,

  -against-

Genco Wisdom Ltd., et al.,

                  Defendants.
------------------------------------------------------------X

**09 Civ. 1830 (PAC)**
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
       January 6, 2010

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1

# Spagnoletti & Co.
ATTORNEYS AT LAW

401 LOUISIANA STREET, 8TH FLOOR
HOUSTON, TEXAS 77002

TELEPHONE 713.653.5600
DAVID S. TOY
Licensed in CA • TX • NY

FAX 713.653.5656
DIRECT DIAL 713.653.5610
dtoy@spaglaw.com

January 4, 2010

**VIA EMAIL: CrottyNYSDChambers@nysd.uscourts.gov**
United States District Court
Southern District of New York
ATTN: Honorable Judge Paul A. Crotty
500 Pearl Street, Chambers 735
Courtroom 20-C
New York, NY 10007

   RE: *Commercial Metals Company v. MV Genco Wisdom, in rem, et al.*
      Case No. 09 CIV 1830

Dear Judge Crotty:

  Please be advised the above matter has been settled. The Parties are in the process of exchanging closing papers, and respectfully request the matter be closed pending a motion to reinstate no later than 60 days from this date if there is a failure to document the settlement, or on such other schedule as the Court may direct.

  The Parties also respectfully request the next pretrial conference set for **January 28, 2010**, be adjourned.

Respectfully submitted,          Respectfully submitted,

**SPAGNOLETTI & CO.**          **MAHONEY & KEANE, LLP**

401 Louisiana Street, 8th Floor      11 Hanover Square, 10th Floor
Houston, Texas 77002         76 Beaver Street
(713) 653-5600           New York, NY 10005
                (212) 385-1422

By: /s/ David Toy           By: /s/ Edward A. Keane by permission DST
  David Toy (DT-6397)         Edward A. Keane

ATTORNEY FOR PLAINTIFF
COMMERCIAL METALS COMPANY    ATTORNEY FOR DEFENDANTS
                    GENCO WISDOM LTD., GENCO
                    SHIP MANAGEMENT, LLC AND
                    HYUNDAI MERCHANT MARINE CO.,
                    LTD.